## GENERAL COURT, MAY TERM, 1802.

### CHENEY's Lessee *vs.* WATKINS.

EJECTMENT. The defendant had taken defence on warrant at a preceding term, and the lands were located on the plots returned in the cause.

Defence on a warrant may be changed to general defence on the defendant's paying the costs of the survey

*Johnson* moved for leave to change the defence on warrant, to that of *general defence*.

THE COURT. Let the defence be changed, upon the defendant's paying the costs of the present survey.